IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-119-RJC-DCK *SEALED*

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| THOMAS OSCAR PEARSON, | ) |
| Defendant. | ) |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment and Arrest Warrant numbered above be unsealed,

**IT IS HEREBY ORDERED** that Indictment and Arrest Warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: May 16, 2013

David C. Keesler
United States Magistrate Judge